## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff**

**v.**                                                        **Case No. 5:20-mj-71-MJF**

**$42,924.20 IN UNITED STATES
CURRENCY, and**

**$24,192.67 IN UNITED STATES
CURRENCY,**

**$12,461.28 IN UNITED STATES
CURRENCY,**

**$100,701.00 IN UNITED STATES
CURRENCY,**

**$8,839.08 IN UNITED STATES
CURRENCY,**

**$5,933.19 IN UNITED STATES
CURRENCY, and**

**$310,965.98 IN UNITED STATES
CURRENCY,**

      **Defendants**

_____/

1

## <u>UNITED STATES' UNOPPOSED MOTION</u>
## <u>FOR COURT TO ENTER ORDER FURTHER EXTENDING THE TIME</u>
## <u>FOR FILING A CIVIL ASSET FORFEITURE COMPLAINT</u>

COMES NOW the undersigned Assistant United States Attorney, on behalf of the United States of America, and moves this Court unopposed to enter an order further extending the time by an additional 90 days from the current deadline of June 12, 2021, that is, to September 10, 2021, for the United States to file a civil asset forfeiture complaint with respect to the United States currency listed above.   *See* Docs. 7, 8.   As previously explained, the governing statute, 18 U.S.C. § 983(a)(3)(A), provides that this Court may enter an order extending the time for the United States to file a civil asset forfeiture complaint "upon agreement of the parties."   Docs. 1, 3, 5, 7.   Counsel for the claimant has been contacted, and agrees to the further extension as requested herein.

As previously explained, *see* Docs. 1, 3, 5, 7, the currency described above reflects the proceeds of seven bank accounts seized during the course of a federal criminal investigation.   With respect to all seven accounts, extensions of time already granted by this Court have resulted in the United States' current deadline to file a complaint being June 12, 2021.   Docs. 7, 8.   Counsel for the claimant agrees to an additional extension of time of 90 days governing all seven accounts, that is, to September 10, 2021.   Once again, § 983(a)(3)(A), provides

that this Court may enter an order extending the time for the United States to file a civil asset forfeiture complaint "upon agreement of the parties."

WHEREFORE, the United States moves this Court unopposed to enter an order granting the United States an additional 90-day extension of time to file a civil asset forfeiture complaint with respect to the proceeds of the seven bank accounts described above, that is, to September 10, 2020.

Respectfully submitted,

JASON R. COODY
Acting United States Attorney


*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 85932
111 North Adams Street, Fourth Floor
Tallahassee, Florida 32301
(850) 942-8430
andrew.grogan@usdoj.gov

3

## LOCAL RULE 7.1(B) CERTIFICATE

I CERTIFY that I have communicated about this matter with claimant's counsel Ryan K. Stumphauzer of the firm of Stumphauzer, Foslid, Sloman, Ross & Kolaya, of Miami, Florida, rstumphauzer@sfslaw.com, who agrees to a further 90-day extension of time for the United States to file a civil asset forfeiture complaint, as described above.

/s/ *Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney

## LOCAL RULE 7.1(F) CERTIFICATE

I CERTIFY that this memorandum contains 314 words, per Microsoft Word's word count, which complies with the word limit requirements set forth in Local Rule 7.1(F).

/s/ *Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney

4

## CERTIFICATE OF SERVICE

I CERTIFY that on this date, June 9, 2021, I will serve a copy of the forgoing to claimant's counsel via e-mail to rstumphauzer@sfslaw.com, and will also forward to him via e-mail a copy of this Court's order upon the instant motion, upon its receipt.

*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney